PRICE MEESE SHULMAN & D'ARMINIO, P.C.
50 Tice Boulevard, Suite 380
Woodcliff Lake, NJ 07677
Tel. (201) 391-3737
Fax (201) 391-9360
Rick A. Steinberg (RS-7396)

Attorneys for Plaintiff,
Mediterranean Shipping Company (USA) Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDITERRANEAN SHIPPING COMPANY (USA) INC., | Civil Action No. |
| Plaintiff, | |
| vs. | |
| SHANDEX CORPORATION, | **COMPLAINT IN ADMIRALTY** |
| Defendant. | |

Plaintiff, Mediterranean Shipping Company (USA) Inc., as agent for MSC Mediterranean Shipping Company S.A. ("Plaintiff" or "MSC"), having an office in the United States at 420 Fifth Avenue, 8th Floor, New York, New York 10018, by its attorneys, Price Meese Shulman & D'Arminio, P.C., by way of Complaint against Defendant, Shandex Corporation ("Defendant"), having its principal place of business at 8100 River Road, Unit 711, North Bergen, New Jersey 07047, avers as follows:

### JURISDICTION

1.    This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1333. This matter arises under the laws of the United States, in particular, The Shipping Act of 1984 (as amended), 46 U.S.C. § 40101 et seq. (hereinafter "the Shipping Act"), and involves contract(s) within the

jurisdiction of this Court or claims pendent or ancillary to the same. This is an admiralty and maritime claim.

## FIRST COUNT
### (For Money due Under Tariff & Service Contracts)

2. MSC is a common carrier by water, *inter alia*, in the interstate and foreign commerce of the United States as defined in the Shipping Act and was such a common carrier for the benefit of Defendant.

3. Defendant is and was at all times herein mentioned, a natural person, firm, association, organization, partnership, corporation, business, trust, or public entity, with its principal place of business or residence in this district and is and was a legal entity capable of being sued.

4. Venue is proper in this judicial district because it is where the claim arose and/or because Defendant resides or does business in the district.

5. Plaintiff has filed a schedule of its rates and charges and service contracts for the carriage of cargo, wharfage and dockage detention and demurrage with the Federal Maritime Commission or has otherwise maintained said rates, charges, tariffs or service contracts pursuant to the Shipping Act. Pursuant to the Shipping Act, Plaintiff is prohibited from transporting cargo for a lesser rate than that specified in its tariffs or service contracts. The Shipping Act also prohibits Defendant from obtaining transportation or attempting to obtain transportation of cargo at lesser rates.

6. Plaintiff transported cargo for the benefit of Defendant during 2015 in the foreign commerce of the United States in the course and scope of Defendant's operations. Such transportation and services provided are evidenced by Plaintiff's service contracts, bills of lading and/or freight bills, invoices, credit agreements and freight guarantees, the terms of which are incorporated herein through this reference. Plaintiff has fully performed its tariff obligations. A

summary of the relevant bills of lading and invoices are attached hereto as Exhibit "A" and made a part hereof.

7. Plaintiff has demanded that Defendant pay the full amount due of $29,729.51.

8. Defendant has knowingly and willfully failed and refused to pay Plaintiff the full amount due.

9. Consequently, Defendant is liable to Plaintiff in the amount of $29,729.51, plus reasonable attorney fees and interest thereon.

## SECOND COUNT
### (Breach of Written Contract)

10. Plaintiff restates and re-alleges the allegations contained in paragraphs 1 through 9 of the Complaint as if fully set forth herein.

11. Said transportation was performed pursuant to written contract(s) of carriage and/or service contracts between Plaintiff and Defendant, as evidenced by said bills of lading and/or invoices listed in Exhibit "A."

12. Plaintiff has fully performed its obligations under said contracts except those obligations, if any, which Plaintiff was excused from performing.

13. Plaintiff has demanded that Defendant pay the amount due under said contracts and the Defendant has refused to pay thereon.

14. Consequently, Defendant is liable to plaintiff in the amount of $29,729.51, plus reasonable attorney fees and interest thereon.

## THIRD COUNT
### (Unjust Enrichment)

15. Plaintiff restates and re-alleges the allegations contained in paragraphs 1 through 14 of the Complaint as if fully set forth herein.

16. Defendant has been unjustly enriched by failing to pay the ocean freight and/or detention charges in an amount not less than $29,729.51.

## FOURTH COUNT
### (Quantum Meruit)

17. Plaintiff restates and re-alleges the allegations contained in paragraphs 1 through 16 of the Complaint as if fully set forth herein.

18. The fair value of the ocean cargo carriage and/or detention services provided by Plaintiff to Defendant is not less than $29,729.51.

## FIFTH COUNT
### (Account Stated)

19. Plaintiff restates and re-alleges the allegations contained in paragraphs 1 through 18 of the Complaint as if fully set forth herein.

20. Plaintiff issued the subject bills of lading on behalf of Defendant as shipper or consignee as evidenced by said bills of lading and/or invoices listed in Exhibit "A.".

21. Based on the account stated, Plaintiff has been damaged in an amount not less than $29,729.51.

## SIXTH COUNT
### (Attorney Fees)

22. Plaintiff restates and re-alleges the allegations contained in paragraphs 1 through 21 of the Complaint as if fully set forth herein.

23. Based on the contract of carriage, Defendant is liable to Plaintiff for reasonable attorney fees and expenses incurred in collecting any sums due to MSC.

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount not less than $29,729.51, plus interest, court costs, attorney fees and such other relief as the court deems just and equitable.

                    PRICE MEESE SHULMAN & D'ARMINIO, P.C.
                    Attorneys for Plaintiff,
                    Mediterranean Shipping Company (USA) Inc.

By:   /s/ Rick A. Steinberg
       Rick A. Steinberg (RS-7396)
       50 Tice Boulevard, Suite 380
       Woodcliff Lake, NJ 07677
       Tel. (201) 391-3737
       Fax (201) 391-9360

Dated: May 9, 2016

## CERTIFICATION PURSUANT TO DNJ LOCAL CIVIL RULE 11.2

I certify that the matter in controversy herein is not the subject of any other action pending in any court or of a pending arbitration or administrative proceeding now or contemplated, and that no other parties should be joined in this action.

By:   /s/ Rick A. Steinberg

Dated: May 9, 2016

# EXHIBIT "A"



Mediterranean Shipping Company (USA) Inc.
As agent for MSC Mediterranean Shipping Company S.A., Geneva
420 5th Avenue New York, NY 10018
PH: (212) 764-4800  Fax: (212) 764-6599

Printed: 1/22/2016 - 1:57:29PM

**FREIGHT INVOICE**

Page 1 of 1

| | | | |
|---|---|---|---|
| Invoice Number | : MSCURY915143 | Vessel / Voyage : | CITY OF HANOI 542S |
| BOL Number | : MSCURY915143 | Place of Receipt : | |
| Booking Number(s): | | Port of loading : | Klaipeda |
| Arrival Date | : 17-Oct-2015 | Port of discharge : | Jacksonville |
| | | Place of delivery : | |

Bill To: SHANDEX CORPORATION
8100 RIVER RD., UNIT 711
North Bergen, NJ, 07047

REFERENCE #:

PARTICULARS FURNISHED BY SHIPPER  "CARRIER HAS NO MEANS TO VERIFY CORRECTNESS"

| CONTAINER NUMB | CNTR TYPE | PKGS | H.M. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|
| GLDU9445209<br>I472366<br>EU06631852 | 20' DRY VAN | | | 1078 BOXES OF COIL NAILS FR2960D-8L NETTO 17000 KG, GROSS 18749 KG 84 BOXES OF COIL NAILS FR2960D-8L NETTO 1325 KG, GROSS 1471KG TOTAL BOXES 1162 PALLETS 24 NETTO 18 325KG GROSS 20 220 KG | 20,220.00 kgs.<br>44,577.47 lbs. | 0.00 cu. m.<br>0.00 cu. ft. |

(HAZARDOUS MERCHANDISE TO BE MARKED WITH AN ASTERISK)

These commodities, technology or software were exported from the U.S. in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited

For EFT Payment:
Beneficiary:
Bank Info:



Accou
ABA
Swift

**Payment allocation:**
Kindly send an email to
AchPaymentsNewYork@msc.us
listing all bill(s) of lading paid with the concerned amount.
Please detail in the email's subject both payer name and total amount of wire.

Telex release issued in USA:
Please note that a local service
charge of $35.00 applies.

| FREIGHT & CHARGES | Unit | Unit Rate | | Amount | | Type | Paid At | Exch Rate |
|---|---|---|---|---|---|---|---|---|
| Bill of Lading / Documentation | 1 | USD | 33.53 | USD | 33.53 | C | | |
| Booking Fee | 1 | USD | 33.53 | USD | 33.53 | C | | |
| Bunker Contribution | 1 | USD | 210.00 | USD | 210.00 | C | | |
| ISPS - INTERN | 1 | USD | 9.00 | USD | 9.00 | C | | |
| ISPS Charge | 1 | USD | 7.38 | USD | 7.38 | C | | |
| ISPS Charge | 1 | USD | 10.06 | USD | 10.06 | C | | |
| Low Sulphur Fuel Contribution | 1 | USD | 100.00 | USD | 100.00 | C | | |
| Ocean Freight | 1 | USD | 2,075.00 | USD | 2,075.00 | C | | |
| Seal Fee | 1 | USD | 3.35 | USD | 3.35 | C | | |
| Security Manifest Documentation FEE | 1 | USD | 25.00 | USD | 25.00 | C | | |
| Terminal Handling Charge | 1 | USD | 95.01 | USD | 95.01 | C | | |
| Terminal Handling Charge | 1 | USD | 400.00 | USD | 400.00 | C | | |
| Carrier Security Fee | 1 | USD | 11.00 | USD | 11.00 | C | | |
| Chassis Usage Charge | 1 | USD | 80.00 | USD | 80.00 | C | | |
| Total | | | | USD | 3,092.86 | | | |

(*) = Local charges

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详见网站 | www.msc.com

| **MSC** MEDITERRANEAN SHIPPING COMPANY S.A. | SEA WAYBILL No. | MSCURY915143 |
|---|---|---|
| Website: www.msc.com     SCAC Code : MSCU | NOT NEGOTIABLE - COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |
| | NO. & SEQUENCE OF SEA WAYBILLS<br>0  Of  Zero | NO. OF RIDER PAGES<br>0 |

| SHIPPER:<br>LITNAGLIS UAB<br>LENTPJUVERS 7A,<br>PLUNGE, 90117 | PHONE: 37044853737<br>FAX: 37044853744 | FORWARDING AGENT :<br>ARIJUS UAB<br>JURININKU 27<br>KLAIPEDA, 95225 | CONTACT: I.K.133336251<br>PHONE: 37046310547<br>FAX: 37046310332<br>EMAIL:<br>M.ZNAIDAUSKAS@ARIJUS.LT,R.VA |
|---|---|---|---|
| CONSIGNEE:<br>SHANDEX CORPORATION<br>8100 RIVER RD., UNIT 711<br>NORTH BERGEN, NJ 07047 | PHONE: 1201633185212<br>FAX: 12013267606<br>EMAIL: BETSY@SHANDEXINC.COM | CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)<br>LLOYDS/IMO NUMBER: 9134634<br>FREIGHT COLLECT | |
| NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)<br>SHANDEX CORPORATION<br>8100 RIVER RD., UNIT 711<br>NORTH BERGEN, NJ 07047 | PHONE: 1201633185212<br>FAX: 12013267606<br>EMAIL: BETSY@SHANDEXINC.COM | | |

| VESSEL & VOYAGE NO. (see Clauses 8 & 9)<br>**CITY OF HANOI - 542S** | PORT OF LOADING<br>**KLAIPEDA, LITHUANIA** | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2)<br>XXXXXXXXXXXXXXX |
|---|---|---|
| BOOKING REF. | SERVICE CONTRACT NUMBER<br>XXXXXXXXXXXXXXX | PORT OF DISCHARGE<br>**JACKSONVILLE, FL** | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2)<br>XXXXXXXXXXXXXXX |

PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE- See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods<br>(Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| GLDU9445209<br>20' DRY VAN<br>SEAL NUMBER:<br>1472366<br>EU06631852 | 1162 BOX(ES) OF 1078 BOXES OF COIL NAILS FR2960D-8L NETTO 17000 KG, GROSS 18749 KG 84 BOXES OF COIL NAILS FR2960D-8L NETTO 1325 KG, GROSS 1471KG TOTAL BOXES 1162 PALLETS 24 NETTO 18 325KG GROSS 20 220 KG | 20,220.000 KGS.<br>44,577.469 LBS. | |
| | TOTAL : | 20,220.000 KGS<br>44,577.469 LBS | |
| | TOTAL NUMBER OF PACKAGES : 1,162 | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant Diversion, contrary to US law is prohibited

| FREIGHT & CHARGES  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16). | | | PAYABLE AT | | |
|---|---|---|---|---|---|
| FREIGHT AND CHARGES | BASIS | RATE | POL | POD | ELSEWHERE |
| BILL OF LADING / DOCUMENTATION | 1 | 33.53 | | USD 33.53 | |
| BOOKING FEE | 1 | 33.53 | | USD 33.53 | |
| BUNKER CONTRIBUTION | 1 | 210.00 | | USD 210.00 | |
| ISPS - INTERN | 1 | 9.00 | | USD 9.00 | |
| ISPS CHARGE | 1 | 7.38 | | USD 7.38 | |
| ISPS CHARGE | 1 | 10.06 | | USD 10.06 | |
| LOW SULPHUR FUEL CONTRIBUTION | 1 | 100.00 | | USD 100.00 | |
| OCEAN FREIGHT | 1 | 2,075.00 | | USD 2,075.00 | |
| SEAL FEE | 1 | 3.35 | | USD 3.35 | |
| SECURITY MANIFEST DOCUMENTATIO | 1 | 25.00 | | USD 25.00 | |
| TERMINAL HANDLING CHARGE | 1 | 95.01 | | USD 95.01 | |
| TERMINAL HANDLING CHARGE | 1 | 400.00 | | USD 400.00 | |
| CARRIER SECURITY FEE | 1 | 11.00 | | USD 11.00 | |
| CHASSIS USAGE CHARGE | 1 | 80.00 | | USD 80.00 | |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3)<br>XXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>1 cntr | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>07-SEPTEMBER-2015 | SHIPPED ON BOARD DATE<br>07-SEPTEMBER-2015 | |

Sea Waybill U.S. Edition - 02/2015     TERMS CONTINUED ON REVERSE ⏎



**Mediterranean Shipping Company (USA) Inc.**
As agent for MSC Mediterranean Shipping Company S.A., Geneva
420 5th Avenue New York, NY 10018
PH: (212) 764-4800   Fax: (212) 764-6599

Printed: 1/22/2016 - 1:57:42PM

# FREIGHT INVOICE

Page 1 of 1

| | | | |
|---|---|---|---|
| Invoice Number | : MSCURY922685 | Vessel / Voyage : | CITY OF HANOI   548S |
| BOL Number | : MSCURY922685 | Place of Receipt : | |
| Booking Number(s): | | Port of loading : | Klaipeda |
| Arrival Date | : 27-Nov-2015 | Port of discharge : | Jacksonville |
| | | Place of delivery : | |

**Bill To:** SHANDEX CORPORATION
8100 RIVER RD., UNIT 711
North Bergen, NJ, 07047

REFERENCE #:

PARTICULARS FURNISHED BY SHIPPER  "CARRIER HAS NO MEANS TO VERIFY CORRECTNESS"

| CONTAINER NUMB | CNTR TYPE | PKGS | H.M. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|
| FCIU5774381 | 20' DRY VAN | | | BOXES OF COIL NAILS | 20,220.00 kgs. | 0.00 cu. m. |
| I472241 | | | | | 44,577.47 lbs. | 0.00 cu. ft. |
| EU06636804 | | | | | | |

(HAZARDOUS MERCHANDISE TO BE MARKED WITH AN ASTERISK)

These commodities, technology or software were exported from the U.S. in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited.

**For EFT Payment:**
Beneficiary:
Bank Info:

Account
ABA
Swift

**Payment allocation:**
Kindly send an email to
AchPaymentsNewYork@msc.us
listing all bill(s) of lading paid with the
concerned amount.
Please detail in the email's subject both
payer name and total amount of wire.

**Telex release issued in USA:**
Please note that a local service
charge of $35.00 applies.

| FREIGHT & CHARGES | Unit | Unit Rate | | Amount | | Type | Paid At | Exch Rate |
|---|---|---|---|---|---|---|---|---|
| Bill of Lading / Documentation | 1 | USD | 34.13 | USD | 34.13 | C | | |
| Booking Fee | 1 | USD | 34.13 | USD | 34.13 | C | | |
| Bunker Contribution | 1 | USD | 198.00 | USD | 198.00 | C | | |
| ISPS - INTERN | 1 | USD | 9.00 | USD | 9.00 | C | | |
| ISPS Charge | 1 | USD | 7.51 | USD | 7.51 | C | | |
| ISPS Charge | 1 | USD | 10.24 | USD | 10.24 | C | | |
| Low Sulphur Fuel Contribution | 1 | USD | 100.00 | USD | 100.00 | C | | |
| Ocean Freight | 1 | USD | 2,075.00 | USD | 2,075.00 | C | | |
| Seal Fee | 1 | USD | 3.41 | USD | 3.41 | C | | |
| Security Manifest Documentation FEE | 1 | USD | 25.00 | USD | 25.00 | C | | |
| Terminal Handling Charge | 1 | USD | 96.70 | USD | 96.70 | C | | |
| Terminal Handling Charge | 1 | USD | 400.00 | USD | 400.00 | C | | |
| Carrier Security Fee | 1 | USD | 11.00 | USD | 11.00 | C | | |
| Chassis Usage Charge | 1 | USD | 80.00 | USD | 80.00 | C | | |
| Total | | | | USD | 3,084.12 | | | |

(*) = Local charges

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站 | www.msc.com

# MSC MEDITERRANEAN SHIPPING COMPANY S.A.

Website: www.msc.com    SCAC Code : MSCU

**SEA WAYBILL No.**    **MSCURY922685**
NOT NEGOTIABLE - COPY    "Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0 Of Zero | 0 |

**SHIPPER:**
LITNAGLIS UAB
LENTPJUVERS 7A,
PLUNGE, 90117
PHONE: 37044853737
FAX: 37044853744

**FORWARDING AGENT:**
ARIJUS UAB
JURININKU 27
KLAIPEDA, 95225
CONTACT: I.K.133336251
PHONE: 37046310547
FAX: 37046310332
EMAIL: M.ZNAIDAUSKAS@ARIJUS.LT,R.VA

**CONSIGNEE:**
SHANDEX CORPORATION
8100 RIVER RD, UNIT 711
NORTH BERGEN, NJ 07047
PHONE: 1201633185212
FAX: 12013267606
EMAIL: BETSY@SHANDEXINC.COM

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD. AND / OR CAUSED BY INADEQUATE PACKING OF T GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS. AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9134634
FREIGHT COLLECT

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
SHANDEX CORPORATION
8100 RIVER RD, UNIT 711
NORTH BERGEN, NJ 07047
PHONE: 1201633185212
FAX: 12013267606
EMAIL: BETSY@SHANDEXINC.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| CITY OF HANOI - 548S | KLAIPEDA, LITHUANIA | XXXXXXXXXXXXXXXX |

| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|---|
|  | XXXXXXXXXXXXXX | JACKSONVILLE, FL | XXXXXXXXXXXXXXXX |

**PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE- See Clause 14**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| FCIU5774381 20' DRY VAN SEAL NUMBER: 1472241 EU05636804 | 24 BOX(ES) OF BOXES OF COIL NAILS | 20,220.000 KGS. 44,577.469 LBS. | |
| | TOTAL : | 20,220.000 KGS 44,577.469 LBS | |
| | TOTAL NUMBER OF PACKAGES : 24 | | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant Diversion, contrary to US law is prohibited.

**FREIGHT & CHARGES** Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

| FREIGHT AND CHARGES | BASIS | RATE | PAYABLE AT POL | POD | ELSEWHERE |
|---|---|---|---|---|---|
| BILL OF LADING / DOCUMENTATION | 1 | 34.13 | | USD 34.13 | |
| BOOKING FEE | 1 | 34.13 | | USD 34.13 | |
| BUNKER CONTRIBUTION | 1 | 198.00 | | USD 198.00 | |
| ISPS - INTERN | 1 | 9.00 | | USD 9.00 | |
| ISPS CHARGE | 1 | 7.51 | | USD 7.51 | |
| ISPS CHARGE | 1 | 10.24 | | USD 10.24 | |
| LOW SULPHUR FUEL CONTRIBUTION | 1 | 100.00 | | USD 100.00 | |
| OCEAN FREIGHT | 1 | 2,075.00 | | USD 2,075.00 | |
| SEAL FEE | 1 | 3.41 | | USD 3.41 | |
| SECURITY MANIFEST DOCUMENTATIO | 1 | 25.00 | | USD 25.00 | |
| TERMINAL HANDLING CHARGE | 1 | 96.70 | | USD 96.70 | |
| TERMINAL HANDLING CHARGE | 1 | 400.00 | | USD 400.00 | |
| CARRIER SECURITY FEE | 1 | 11.00 | | USD 11.00 | |
| CHASSIS USAGE CHARGE | 1 | 80.00 | | USD 80.00 | |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt" for carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) XXXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) 1 cntr | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE 21-OCTOBER-2015 | SHIPPED ON BOARD DATE 21-OCTOBER-2015 | |

Sea Waybill U.S. Edition - 02/2015     TERMS CONTINUED ON REVERSE ↲



**Mediterranean Shipping Company (USA) Inc.**
As agent for MSC Mediterranean Shipping Company S.A., Geneva
420 5th Avenue New York, NY  10018
PH: (212) 764-4800   Fax:   (212) 764-6599

Printed: 1/22/2016 - 1:57:53PM

**FREIGHT INVOICE**

Page 1 of 1

| | | | |
|---|---|---|---|
| Invoice Number | : MSCURW162680 | Vessel / Voyage : | CITY OF HANOI   551S |
| BOL Number | : MSCURW162680 | Place of Receipt : | |
| Booking Number(s): | | Port of loading : | Klaipeda |
| Arrival Date | : 17-Dec-2015 | Port of discharge : | Jacksonville |
| | | Place of delivery : | |

Bill To:  SHANDEX CORPORATION
8100 RIVER RD., UNIT 711
North Bergen, NJ, 07047

REFERENCE #:

PARTICULARS FURNISHED BY SHIPPER  "CARRIER HAS NO MEANS TO VERIFY CORRECTNESS"

| CONTAINER NUMB | CNTR TYPE | PKGS | H.M. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|
| CXDU1984879 | 20' DRY VAN | | | BOXES OF COIL NAILS | 21,471.00 kgs. | 0.00 cu. m. |
| EU06632410 | | | | | 47,335.45 lbs. | 0.00 cu. ft. |

(HAZARDOUS MERCHANDISE TO BE MARKED WITH AN ASTERISK)

These commodities, technology or software were exported from the U.S. in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited

**For EFT Payment:**
Beneficiary: ▒▒▒
Bank Info: ▒▒▒
Account ▒▒▒
ABA ▒▒▒
Swift ▒▒▒

**Payment allocation:**
Kindly send an email to
AchPaymentsNewYork@msc.us
listing all bill(s) of lading paid with the concerned amount.
Please detail in the email's subject both payer name and total amount of wire.

**Telex release issued in USA :**
Please note that a local service charge of $35.00 applies.

| FREIGHT & CHARGES | Unit | Unit Rate | | Amount | | Type | Paid At | Exch Rate |
|---|---|---|---|---|---|---|---|---|
| Bill of Lading / Documentation | 1 | USD | 32.20 | USD | 32.20 | C | | |
| Booking Fee | 1 | USD | 32.20 | USD | 32.20 | C | | |
| Bunker Contribution | 1 | USD | 198.00 | USD | 198.00 | C | | |
| ISPS - INTERN | 1 | USD | 9.00 | USD | 9.00 | C | | |
| ISPS Charge | 1 | USD | 7.08 | USD | 7.08 | C | | |
| ISPS Charge | 1 | USD | 9.66 | USD | 9.66 | C | | |
| Low Sulphur Fuel Contribution | 1 | USD | 100.00 | USD | 100.00 | C | | |
| Ocean Freight | 1 | USD | 2,075.00 | USD | 2,075.00 | C | | |
| Seal Fee | 1 | USD | 3.22 | USD | 3.22 | C | | |
| Security Manifest Documentation FEE | 1 | USD | 25.00 | USD | 25.00 | C | | |
| Terminal Handling Charge | 1 | USD | 91.22 | USD | 91.22 | C | | |
| Terminal Handling Charge | 1 | USD | 400.00 | USD | 400.00 | C | | |
| Carrier Security Fee | 1 | USD | 11.00 | USD | 11.00 | C | | |
| Chassis Usage Charge | 1 | USD | 80.00 | USD | 80.00 | C | | |
| Total | | | | USD | 3,073.58 | | | |

(*) = Local charges

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款及详见网站 | www.msc.com

# MEDITERRANEAN SHIPPING COMPANY S.A.

**msc**
Website: www.msc.com
SCAC Code : MSCU

**SEA WAYBILL No.    MSCURW162680**
NOT NEGOTIABLE - COPY
"Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0  Of  Zero | 0 |

**SHIPPER:**
LITNAGLIS UAB
LENTPJUVERS 7A,
PLUNGE, 90117
PHONE: 37044853737
FAX: 37044853744

**FORWARDING AGENT :**
GPA LOGISTIKA
MINDAUG STR, 6
VILNIUS, 03225
CONTACT: I.K.300531623
PHONE: 37052420747
EMAIL: GINTAUTAS@GPALOGISTIKA.LT

**CONSIGNEE:**
SHANDEX CORPORATION
8100 RIVER RD., UNIT 711
NORTH BERGEN, NJ 07047
PHONE: 1201633185212
FAX: 12013267606
EMAIL: BETSY@SHANDEXINC.COM

**CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)**
WINTER CLAUSE: CARRIER HAS NO LIABILITY OR RESPONSIBILITY WHATSOEVER FOR THERMAL LOSS OR DAMAGE TO THE GOODS BY REA
NATURAL VARIATIONS IN ATMOSPHERIC TEMPERATURES DURING THE WINTER PERIOD, AND / OR CAUSED BY INADEQUATE PACKING OF TI
GOODS FOR CARRIAGE IN DRY-VAN CONTAINERS, AND / OR INHERENT VICE OF THE GOODS, IN SUCH TEMPERATURES.
LLOYDS/IMO NUMBER: 9134634
FREIGHT COLLECT

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
SHANDEX CORPORATION
8100 RIVER RD., UNIT 711
NORTH BERGEN, NJ 07047
PHONE: 1201633185212
FAX: 12013267606
EMAIL: BETSY@SHANDEXINC.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| **CITY OF HANOI - 551S** | **KLAIPEDA, LITHUANIA** | XXXXXXXXXXXXXXX |
| BOOKING REF. | SERVICE CONTRACT NUMBER | PORT OF DISCHARGE | PLACE OF DELIVERY : (Combined Transport ONLY - see Clauses 1 & 5.2) |
|  | XXXXXXXXXXXXXXX | **JACKSONVILLE, FL** | XXXXXXXXXXXXXXX |

PARTICULARS FURNISHED BY THE SHIPPER- NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE- See Clause 14

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| CXDU1984879<br>20' DRY VAN<br>SEAL NUMBER:<br>EU06632410 | 24 BOX(ES) OF BOXES OF COIL NAILS | 21,471.000 KGS.<br>47,335.452 LBS. | |
| | TOTAL NUMBER OF PACKAGES : 24 | TOTAL : 21,471.000 KGS<br>47,335.452 LBS | |

If above commodities, technology or software were exported from the USA, the export administration regulations must be complied with by the Merchant/Diversion, contrary to US law is prohibited.

**FREIGHT & CHARGES**  Cargo shall not be delivered unless Freight & charges are paid (see Clause 16).

| FREIGHT AND CHARGES | BASIS | RATE | PAYABLE AT POL | POD | | ELSEWHERE |
|---|---|---|---|---|---|---|
| BILL OF LADING / DOCUMENTATION | 1 | 32.20 | | USD | 32.20 | |
| BOOKING FEE | 1 | 32.20 | | USD | 32.20 | |
| BUNKER CONTRIBUTION | 1 | 198.00 | | USD | 198.00 | |
| ISPS - INTERN | 1 | 9.00 | | USD | 9.00 | |
| ISPS CHARGE | 1 | 7.08 | | USD | 7.08 | |
| ISPS CHARGE | 1 | 9.66 | | USD | 9.66 | |
| LOW SULPHUR FUEL CONTRIBUTION | 1 | 100.00 | | USD | 100.00 | |
| OCEAN FREIGHT | 1 | 2,075.00 | | USD | 2,075.00 | |
| SEAL FEE | 1 | 3.22 | | USD | 3.22 | |
| SECURITY MANIFEST DOCUMENTATIO | 1 | 25.00 | | USD | 25.00 | |
| TERMINAL HANDLING CHARGE | 1 | 91.22 | | USD | 91.22 | |
| TERMINAL HANDLING CHARGE | 1 | 400.00 | | USD | 400.00 | |
| CARRIER SECURITY FEE | 1 | 11.00 | | USD | 11.00 | |
| CHASSIS USAGE CHARGE | 1 | 80.00 | | USD | 80.00 | |

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in box entitled "Carrier's Receipt", after carriage subject to all the term hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorized representatives. This Sea Waybill is not a document of title to the Goods and delivery will made, after payment of any outstanding Freight and changes, only on provision of proper proof of identity and of authorization at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3)<br>XXXXXXXXXXXXXXX | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>**1 cntr** | SIGNED By MSC (USA) Inc. as Agent on behalf of the Carrier<br>MSC Mediterranean Shipping Company S.A. |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>**10-NOVEMBER-2015** | SHIPPED ON BOARD DATE<br>**10-NOVEMBER-2015** | |

Sea Waybill U.S. Edition - 02/2015        TERMS CONTINUED  ON REVERSE